**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In Re: | Bankruptcy Case No. 22-32109-MER |
| Melissa Ann Kuchera, | Chapter 7 |
| Debtor. | |

---

**NOTICE OF SETTLEMENT**

---

To: The United States Trustee, all creditors and other parties in interest.

On March 24, 2023, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

The Debtor has an inherited interest in a retirement plan which she scheduled with a value of $26,517.87, which is payable in monthly installments until September of 2023. In exchange for the Debtor's assistance and cooperation in turning over each monthly installment as received, the Trustee will release any claim to the Debtor's non-exempt snowblower, television, DVD Player, cell phone, tablet, computer, printer, and costume jewelry, all of which have a combined non-exempt scheduled value of $350. The Trustee will also release any claim to the balances in the Debtor's checking and savings accounts, with a combined balance of $70; and her earned but unpaid wages in the non-exempt amount of $345.75. The Trustee believes this settlement is in the best interest of the estate because it avoids the expense and delay of attempting to compel the retirement plan administrator to make payments directly to the estate, or in the alternative, factoring the payments to a liquidation company at a substantial discount. The settlement should allow the estate to receive the full face value of the remaining payments.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered or filed, the court may hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 316 N Robert Street | 316 N Robert Street | (see below) |
| St. Paul, MN 55101 | St. Paul, MN 55101 | |

Dated:　　　　　　　　　　　　　　　　　　/e/ Michael S. Dietz

Michael S. Dietz, Trustee
1529 Hwy 14 East
Suite 200, #241
Rochester, Minnesota 55904
Telephone: (507) 577-1554
mdietztee@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                    Case No. 22-32109

Melissa Ann Kuchera                                       Chapter 7

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 2/27/2023, I did cause a copy of the following document(s), described below:

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 2/27/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2023

/s/ Michael Dietz
Michael Dietz
Michael Dietz Law Office
1529 HWY 14 E
SUITE 200 #241
ROCHESTER MN 55904
507-288-9111
mdietztee@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

   Melissa Ann Kuchera

   Debtor(s)

Case No. 22-32109

Chapter 7

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 2/27/2023, I did cause a copy of the following document(s), described below:

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 2/27/2023, I caused a copy of the Notice of Settlement to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| NEW AMERICAN FUNDING | | | ATTN BANKRUPTCY DEPARTMENT | P O BOX 170581 | AUSTIN TX 78717-0031 |
| Minnesota Department of Revenue | | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| US Trustee | | | 1015 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| AFFINITY PLUS FEDERAL CREDIT UNION | | | ATTN BANKRUPTCY DEPARTMENT | 175 W LAFAYETTE FRONTAGE ROAD | SAINT PAUL MN 55107-1400 |
| ALLINA HEALTH | | | PO BOX 77008 | | MINNEAPOLIS MN 55480-7708 |
| ANOKA COUNTY DISTRICT COURT | | | TENTH JUDICIAL DISTRICT | 325 E MAIN ST | ANOKA MN 55303-2401 |
| BEST & FLANAGAN LLP | | | 60 S 6TH ST STE 2700 | | MINNEAPOLIS MN 55402-4690 |
| CREDIT ACCEPTANCE CORP | | | 25505 W TWELVE MILE RD | | SOUTHFIELD MI 48034-8316 |
| DISCOVER FINANCIAL | | | ATTN: BANKRUPTCY | PO BOX 3025 | NEW ALBANY OH 43054-3025 |
| Discover Bank | | | Discover Products Inc | PO Box 3025 | New Albany OH 43054-3025 |
| HOFFMAN ELECTRIC MN LLC | | | 546 2ND AVE SW | | HUTCHINSON MN 55350-2302 |
| JONATHAN FOGEL | | | ONE MAIN STREET | SUITE 206 | MINNEAPOLIS MN 55414-1002 |
| PLUMING AND HEATING | | | 216 N MAIN | PO BOX O | WINTHROP MN 55396-0488 |
| US BANK/RMS | | | ATTN: BANKRUPTCY | PO BOX 5229 | CINCINNATI OH 45201-5229 |
| WELLS FARGO BANK NA | | | 1 HOME CAMPUS MAC X2303-01A | 3RD FLOOR | DES MOINES IA 50328-0001 |
| MELISSA ANN KUCHERA | | | 701 MAIN ST N | | WINTHROP MN 55396-2416 |
| Robert J. Hoglund | | Hoglund & Mrozik, PLLC | 1781 West County Road B | P.O. Box 130938 | Roseville MN 55113-0019 |