# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                         Bankruptcy Case No. 22-32109-MER

Melissa Ann Kuchera,                       Chapter 7

          Debtor.

## ORDER APPROVING SETTLEMENT

This matter came before the Court upon the Trustee's Notice of Settlement [Dkt 15].

There have been no objections to the proposed settlement.

Now, Therefore,

**IT IS ORDERED**:  The settlement set forth in the Notice of Settlement is approved.

Dated: *April 10, 2023*

                                             */e/ Michael E. Ridgway*
                                             MICHAEL E RIDGWAY
                                             United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 22-32109-MER |
| MELISSA ANN KUCHERA | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0864-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: pdf111 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + MELISSA ANN KUCHERA, 701 MAIN ST N, WINTHROP, MN 55396-2416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: Bankruptcy@nafinc.com | Apr 10 2023 20:56:00 | Broker Solutions Inc. dba New American Funding, PO Box 170581, Austin, TX 78717 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael S. Dietz | mdietztee@outlook.com  mn06@ecfcbis.com |
| Michael S. Dietz | on behalf of Trustee Michael S. Dietz mdietztee@outlook.com  mn06@ecfcbis.com |
| Robert J. Hoglund | on behalf of Debtor 1 MELISSA ANN KUCHERA bankruptcy@hoglundlaw.com  hoglundlaw@ecf.courtdrive.com |
| Tracy Halliday | on behalf of Interested Party Broker Solutions Inc. dba New American Funding thalliday@logs.com  logsecf@logs.com |

| District/off: 0864-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf111 | Total Noticed: 2 |

US Trustee
                ustpregion12.mn.ecf@usdoj.gov

TOTAL: 5